UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GUSTAVUS A. AULL, III,

                Plaintiff,

  -against-                                    5:05-CV-1196
                                                      (LEK/DEP)

MICHAEL J. ASTRUE, Commissioner of
Social Security

                Defendant.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on May 27, 2008, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3(c) of the Northern District of New York.  Report-Rec. (Dkt. No. 12).

      Within ten days, excluding weekends and holidays, after a party has been served with a copy of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations," FED. R. CIV. P. 72(b), in compliance with L.R. 72.1.  No objections have been raised in the allotted time with respect to Judge Peebles's Report-Recommendation.  Furthermore, after examining the record, the Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation (Dkt. No. 12) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

1

**ORDERED**, that Plaintiff's Motion for judgment on the pleadings is **GRANTED**; and it is further

**ORDERED**, that the decision denying disability benefits is **REVERSED** and the matter **REMANDED** for further proceedings; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:   July 10, 2008
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge